UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN CHIEDU OBIORAH,<br><br>                Movant,<br><br>     -v.-<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | 13 Civ. 7199 (KPF)<br><br>Related Case: 10 Cr. 951 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The Government's reply submission filed on August 24, 2018 (Dkt. #47), makes reference to internal reports of the U.S. Drug Enforcement Administration (the "DEA") concerning the September 2010 heroin transaction that underlies the indictment in this case. The Court ORDERS the Government to file, on or before **September 3, 2021**, a submission that includes all internal DEA reports relating to the transaction, or to the investigation more broadly, that were produced to the defense prior to Mr. Obiorah's December 2011 guilty plea.

      SO ORDERED.

Dated:  August 23, 2021
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge